IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:18cr27-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO DISMISS |
| v. ) | CERTAIN CURRENCY FROM THE |
| ) | FORFEITURE ORDER |
| SCOTT RODRIGUEZ SERRANO ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss Certain Currency from the Forfeiture Order so that a writ may be executed against the currency in order to pay restitution in this case.

For the reasons set forth in the Government's Motion IT IS THEREFORE ORDERED THAT $11,995.47 in currency is hereby dismissed from the $24,420 identified in the Consent Order and Judgment of Forfeiture and the Government is hereby DIRECTED to dispose of such currency as set forth in the Writ of Execution issued simultaneously with this Order.

Signed: May 24, 2019

Frank D. Whitney
Chief United States District Judge